# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| WILLIAM RAY JOHNSON and | * | CASE NO. 19-68761-LRC |
| LORI-ANN JOHNSON | * | |
| | * | JUDGE LISA RITCHEY CRAIG |
| Debtors | * | |
| | * | |

## NOTICE OF PROPOSED ABANDONMENT

In accordance with Fed. R. Bank. P. 6007, the Trustee hereby gives NOTICE of the proposed abandonment of the following described property:

Real property located at 510 Scranton Court, Alpharetta, GA 30022.

The Trustee believes such property is of no value to the Estate. Any objection by a party in interest shall be made in writing and filed with the Clerk of this Court at 1340 Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303 and a copy served on the Trustee within fourteen (14) days from the date of the mailing of this Notice. If no written objection is filed within fifteen (15) days, the property shall be deemed abandoned without further hearing or Order of this Court.

Dated: September 30, 2020.

\s\ Edwin K. Palmer
Edwin K. Palmer
Chapter 7 Trustee
GA Bar No. 560100

P.O. Box 1284
Decatur, GA 30031
(404) 479-4450